IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JUAN J. ORTIZ, SR., | § |
| | § No. 435, 2016 |
| Plaintiff Below- | § |
| Appellant, | § |
| | § |
| v. | § Court Below—Superior Court |
| | § of the State of Delaware |
| PAUL WARFIELD, *et al.*, | § |
| | § C.A. No. N16A-05-001 |
| Defendants Below- | § |
| Appellees. | § |

Submitted: January 27, 2017
Decided: March 2, 2017

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

### O R D E R

This 2nd day of March 2017, upon consideration of the parties' brief and the record below, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated July 28, 2016. As a matter of law, the Superior Court did not err in concluding that the appellant's notice of appeal, which was filed on June 1, 2016, from a Court of Common Pleas' order entered on April 12, 2016 was untimely.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice